UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILLIP B. HAUSKEN,<br><br>                              Plaintiff,<br><br>       v.<br><br>CAL COGBURNE,<br><br>                              Defendant. | Case No. C17-196 JLR-BAT<br><br>REPORT AND RECOMMENDATION |

Plaintiff Phillip Hausken is currently confined at the Monroe Correctional Complex – Special Offender Unit (MCC-SOU).  On February 7, 2017, the Court received four civil rights complaints from plaintiff, all of which appear to assert essentially the same claim; *i.e.*, that plaintiff is suffering serious side effects from the Haloperidol prescribed by his MCC-SOU doctor, Cal Cogburne, and that his requests to have the Haloperidol replaced with another medication have been ignored.[1]  Each complaint received a case number and judge assignment.  In addition to the instant action, the following cases are currently pending before the court: *Hausken v. Cogburne*, C17-195-RSL-MAT; *Hausken v. Cogburne*, C17-197-JCC-JPD; and

---

[1] Plaintiff originally sent his complaints to the Ninth Circuit Court of Appeals for filing, but the Ninth Circuit forwarded the complaints to this Court.

REPORT AND RECOMMENDATION
PAGE - 1

*Hausken v. Cogburne*, C17-198-JLR-MAT.[2]

On March 6, 2017, a service order was issued in case number C17-198-JLR-MAT allowing that action to move forward.  Given that plaintiff will be able to pursue the claim asserted in this action against Dr. Cogburne in case C17-198-JLR-MAT, the instant action is duplicative and should therefore be dismissed.  *See Adams v. California Department of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007) ("Plaintiffs generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court against the same defendant.")  Accordingly, this Court recommends that the instant action be dismissed with prejudice as duplicative of C17-198-JLR-MAT and plaintiff's application to proceed *in forma pauperis* be denied as moot.  A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14) days** after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 30, 2017**.

DATED this 9th day of March, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

---

[2] The Court notes that plaintiff filed another similar complaint in December 2016.  *See Hausken v. Cogburne*, C16-1931-JCC, Dkt. 1.  However, a Report and Recommendation was recently issued in that action recommending that the case be dismissed because plaintiff failed to satisfy the filing fee requirement.  *Id*., Dkt. 5.