UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILLIP B. HAUSKEN,

           Plaintiff,

   v.

CAL COGBURNE,

           Defendant.

Case No. C17-196 JLR-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed the proposed amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff's 42 U.S.C. § 1983 complaint is **DISMISSED WITH PREJUDICE** as duplicative of the complaint in Case No. C17-198-JLR-MAT.

3. Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is **Denied as Moot**.

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 3rd day of April, 2017.

                                                      JAMES L. ROBART
                                                      United States District Judge

ORDER OF DISMISSAL - 1